```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| EMRETTA HINMAN and WILLIAM HINMAN,<br><br>              Plaintiffs,<br>v.<br><br>JOSEPH DELLO RUSSO, M.D., NEW<br>JERSEY EYE CENTER, JOHN DOES 1-10<br>and ABC CORPORATIONS 1-10,<br><br>              Defendants. | Civ. 03-768 (WGB)<br><u>ORDER</u> |

   This matter having come before the Court by way of Plaintiffs' motion for renewed judgment as a matter of law and in the alternative, for a new trial; and

   The Court having considered the trial transcripts, the pleadings and briefs of the parties, and oral arguments;

   For the reasons set forth in the Court's Opinion filed this day and for good cause shown;

   It is on this 2nd day of August, 2006, hereby ORDERED that the Plaintiffs' motions are DENIED.

   IT IS FURTHER ORDERED that the Clerk of the Court mark this case closed.


                                    /S/ WILLIAM G. BASSLER
                                    WILLIAM G. BASSLER, U.S.S.D.J